No. 04–6359. AKINS *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220. JUSTICE BREYER took no part in the consideration or decision of this petition. ▪